| UNITED STATES OF AMERICA | ) | Case No. 3:16-CR-105 |
| v. | ) | |
| | ) | Judge Trauger |
| THEODORE NUGENT | ) | |

**ORDER]**

WHEREAS, on or about October 8, 2019, Defendant Theodore Nugent and the United States executed an Agreement for Pretrial Diversion ("Agreement") deferring the prosecution of Defendant for 12 months, while Defendant completed a diversion program administered by the United States Probation and Pretrial Services ("Pretrial Services"); and

WHEREAS, the United States agrees to cease prosecution of the above-captioned case because Pretrial Services reports Defendant on October 7, 2020 successfully completed the conditions of the Agreement without incident.

Based on the above and the entire record in this matter, it is hereby ORDERED that the indictment in this case is dismissed with prejudice.

10/19/2020
Date

_____
Hon. Aleta A. Trauger United States
District Judge Middle District of
Tennessee